UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMIE P. CANTER,<br><br>              Plaintiff,<br>vs.<br><br>HARMS PACIFIC TRANSPORT, INC., a Washington corporation and JAMES ELGIN, an employee of Harms Pacific Transport, Inc.<br><br>              Defendants. | Case No.  1:18-cv-00386-EJL<br><br>**ORDER FOR DISMISSAL** |

    Based on the parties' Stipulation for Dismissal (Dkt. 22) and because good cause has been shown,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action is **DISMISSED WITH PREJUDICE** without costs to any party.

DATED: February 6, 2019

_____
Honorable Edward J. Lodge
U.S. District Judge